Prob12A
(NCW Rev. 2/04)

FILED
CHARLOTTE, N. C.
JUN 7 2006
U. S. DISTRICT COURT
W. DIST. OF N. C.

# UNITED STATES DISTRICT COURT

for the

## Western District of North Carolina

### Report on Offender Under Supervision

Name of Offender:   Kelly DeBray Wallace                              Number: 3:01CR110-01-V

Name of Sentencing Judicial Officer:   Richard L. Voorhees
                                       Chief U.S. District Court Judge

Date of Original Sentence:   3/28/1990

Original Offense:   Transportation of Stolen Property, in violation of 19 U.S.C. 2314 and Transportation of Stolen Motor Vehicle, in violation of 18 U.S.C. 2312

Original Sentence:   37 months imprisonment to run consecutively to all sentences which have been imposed, to date, followed by 3 years supervised release.

Type of Supervision: Supervised Release            Date Supervision Commenced: 6/29/2000

U.S. Probation Officer Recommendation:   Mr. Wallace was released from federal custody to commence his term of supervised release on 6/29/2000. Mr. Wallace was arrested for new state charges on 8/6/2001. He remained in state custody from 8/6/2001 until 3/1/2006. The Bureau of Prisons mistakenly held subject in federal custody from 3/1/2006 until 5/9/2006. Consequently, the United States Probation Office proposes to give subject credit for time spent on supervised release from 6/29/2000 to 8/6/2001. Additionally, subject should be given supervised release credit for the time he mistakenly spent in federal custody from 3/1/2006 to 5/9/2006. Based on these dates, the United States Probation Office respectfully recommends that subject be required to complete 20 months of supervised release with an expiration date of January 8, 2008.

I declare under penalty of perjury that the foregoing is true and correct.

                                                Respectfully submitted,

                                        by      *Valerie G. Debnam* (signature)
                                                Valerie G. Debnam
                                                U.S. Probation Officer
                                                704/356-6656

                                                Date: 5/16/2006

[✓] Concur with Recommendation
[ ] Other

6-4-06
Date

Signature of Judicial Officer